Order Form (01/2005)

# United States District Court, Northern District of Illinois

| Name of Assigned Judge or Magistrate Judge | Suzanne B. Conlon | Sitting Judge if Other than Assigned Judge | |
|---|---|---|---|
| **CASE NUMBER** | 07 C 204 | **DATE** | 6/17/2008 |
| **CASE TITLE** | NIKITA BAILEY vs. CITY OF CHICAGO, ET AL | | |

**DOCKET ENTRY TEXT**

Plaintiff's motion to voluntarily nonsuit federal claims [68] is granted. The case is dismissed without prejudice.

*Suzanne B. Conlon*

Notices mailed by Judicial staff.

| | Courtroom Deputy Initials: | WH |
|---|---|---|