# United States District Court
## Northern District of Illinois
### Eastern Division

NIKITA BAILEY

**JUDGMENT IN A CIVIL CASE**

v.

Case Number: 07 C 204

CITY OF CHICAGO, ET AL

- ☐ Jury Verdict. This action came before the Court for a trial by jury. The issues have been tried and the jury rendered its verdict.

- ■ Decision by Court. This action came to hearing before the Court. The issues have been heard and a decision has been rendered.

IT IS HEREBY ORDERED AND ADJUDGED that the case is didmissed without prejudice.

Michael W. Dobbins, Clerk of Court

Date: 6/17/2008

/s/ Willia Harmon, Deputy Clerk